

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2017

No. 04-17-00777-CV

**PREMIER LEARNING ACADEMY, INC.** and Juan Padilla,
Appellants

v.

Becky Luna-**CRISTAN** & Miranda De La Rosa,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 16355B
Honorable Rex Emerson, Judge Presiding

# O R D E R

The docketing statement was due December 8, 2017, but has not been filed. *See* TEX. R. CIV. P. 32.1(a) (providing an appellant in a civil case shall file a docketing statement promptly upon filing the notice of appeal). We order appellants, Premier Learning Academy, Inc. and Juan Padilla, to file the docketing statement by **December 27, 2017**. Appellants are advised that a failure to comply with this order may result in a dismissal of this appeal without further notice. *See* TEX. R. APP. P. 42.3(c).

Furthermore, a filing fee of $205 was due when this appeal was filed, but it was not paid. *See* Tex. Sup. Ct., *Fees Charged in the Supreme Court, In Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation*, Docket No. 15-9158 (Aug. 28, 2015). The clerk of the court notified appellants of this deficiency by letter dated November 28, 2017, and requested payment of the fee by December 8, 2017. The fee remains unpaid, and appellants have not filed a sworn statement of inability to afford payment of court costs.

We therefore order appellants, Premier Learning Academy, Inc. and Juan Padilla, by **December 27, 2017,** either: (1) pay the filing fee; or (2) provide written proof to this court that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from prepaying fees and costs. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs).

If appellants fail to respond satisfactorily within the time ordered, this appeal will be dismissed without further notice. *See* TEX. R. APP. P. 5 (providing appellate courts may enforce

rule requiring payment of costs "by any order that is just"); R. 42.3 (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order).



Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2017.

KEITH E. HOTTLE,
Clerk of Court